RECEIVED

NOV 06 2025

TIME: 12:01P

CLERK, U.S. BANKRUPTCY COURT
MINNEAPOLIS, MINNESOTA

## UNITED STATES BANKRUPTCY COURT DISTRICT OF MINNESOTA

In re: Chamberlin, Christopher William

Debtor(s).

Christopher William Chamberlin

Plaintiff,

v.

US Department of Education

Defendant

BKY: 25-40870

Adv No.:

## CERTIFICATE OF SERVICE

I, Christopher William Chamberlin, declare under penalty of perjury that I served the adversary summons and complaint by ~~certified mail~~ Hand Delivered to:

Andrew Luger, US Attorney 600 U.S. Courthouse 300 South 4th St. Ste 600 Minneapolis, MN 55415

US Department of Education 400 Maryland Ave SW Washington, DC 20202

Attorney General of The United States US Department of Justice 950 Pennsylvania Ave NW Washington, DC 20530-0001

BKY: 25-40870

Christopher William Chamberlin

Dated: 11/06/25