AFFIDAVIT OF SERVICE (Mail + Hand Delivery to USAO Minneapolis)
UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re: Christopher William Chamberlin, Debtor.
Case No. 25-40870 (Chapter 7)

Christopher William Chamberlin, Plaintiff,
v.
U.S. Department of Education, Defendant.

Adversary Proceeding No. 25-04113

**RECEIVED**

**MAY 0 7 2026**

**TIME:** _____
**CLERK, U.S. BANKRUPTCY COURT
MINNEAPOLIS, MINNESOTA**

AFFIDAVIT OF SERVICE

I, Christopher William Chamberlin, declare under penalty of perjury that the following is true and correct:

On 01/28/2026, I served true and correct copies of:

Plaintiff's Request for Clerk's Entry of Default; and
Plaintiff's Motion for Default Judgment
(the "Documents").
Service by U.S. Mail On 01/28/2026, I placed the Documents in the U.S. Mail addressed to:

(A) Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001
 Mailed

(B) U.S. Department of Education
U.S. Department of Education
400 Maryland Avenue, SW
Washington, D.C. 20202
 Mailed

(C) United States Attorney's Office – District of Minnesota
Attn: Civil Process Clerk
300 S 4th St UNIT 600,
Minneapolis, MN
 Hand delivered for second time at the same building as clerks office

Hand Delivery: On 01/28/2026, I also delivered by hand a true and correct copy of the Documents to:
United States Attorney's Office, District of Minnesota
Attn: Civil Process Clerk (or front desk)
300 S 4th St UNIT 600,
Minneapolis, MN

Executed on 03/25/2026, at Eden Prairie, Minnesota.

Christopher William Chamberlin
6650 Duck Lake Rd
Eden Prairie, MN 55346
320-492-0102