**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

---

In re:

    Christopher William Chamberlin,

                                 Chapter 7

    Debtor.                           Case No. 25-40870

---

    Christopher William Chamberlin,

       Plaintiff

    vs.

    US Department of Education,

    Defendant.                       Adv. No. 25-04113

---

**NOTICE OF HEARING**

---

  PLEASE TAKE NOTICE that the hearing will be held at Courtroom 8W, Diana E. Murphy United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415 on **Thursday, May 28, 2026, at 11:00 a.m.** to consider and act on the following:

*6 – Motion For Default Judgment filed by Plaintiff Christopher William Chamberlin*

Any response to this filing must be filed and served not later than seven (7) days before the time set for hearing (including Saturdays, Sundays, and holidays), pursuant to Local Rule 9006-1(b). UNLESS A RESPONSE OPPOSING THE REQUEST IS TIMELY FILED, THE COURT MAY GRANT THE REQUEST WITHOUT A HEARING.

Dated: May 8, 2026

Tricia Pepin
Clerk, United States Bankruptcy Court

By: Linda
Deputy Clerk
