REQUEST FOR CLERK'S ENTRY OF DEFAULT (Bankr. R. 7055 / Civ. R. 55(a))
UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:
Christopher William Chamberlin, Debtor.
Case No. 25-40870 (Chapter 7)

Christopher William Chamberlin, Plaintiff,
v.
U.S. Department of Education, Defendant.

Adversary Proceeding No. 25-04113

PLAINTIFF'S REQUEST FOR CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANT U.S. DEPARTMENT
OF EDUCATION

Plaintiff Christopher William Chamberlin ("Plaintiff"), pro se, requests that the
Clerk enter default against Defendant U.S. Department of Education ("Defendant" or
"DOE") pursuant to Fed. R. Bankr. P. 7055 (incorporating Fed. R. Civ. P. 55(a)), and
states:

Plaintiff commenced this adversary proceeding seeking a determination of
dischargeability of student loan debt due to undue hardship under 11 U.S.C. §
523(a)(8).
The Court issued a 2nd summons on January 26, 2026 (Docket: "25-04113 re reissued
summons.pdf").
Plaintiff timely served the Summons and Complaint in compliance with Fed. R. Bankr.
P. 7004 (including Rule 7004(b)(4)-(5) governing service on the United States and
its agencies).
Under the summons, the United States and its agencies were required to file a motion
or answer within 35 days of issuance, making the response due on March 2, 2026.
The response deadline has passed and Defendant has failed to plead or otherwise
defend this adversary proceeding.
WHEREFORE, Plaintiff requests that the Clerk enter default against Defendant U.S.
Department of Education.

Dated: 03/25/2026

Respectfully submitted,

Christopher William Chamberlin (pro se)
6650 Duck Lake Rd
Eden Prairie, MN 55346
320-492-0102

**RECEIVED**

**MAY 0 7 2026**

**TIME:** _____
**CLERK, U.S. BANKRUPTCY COURT**
**MINNEAPOLIS, MINNESOTA**