**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

---

In re: Christopher William Chamberlin
Debtor(s).

Case No.: 25−40870

Chapter 7

Christopher William Chamberlin
Plaintiff

Adv. Proc. No.: 25−04113

v.

US Department of Education
Defendant

---

**NOTICE OF STATUS CONFERENCE**

---

PLEASE TAKE NOTICE that a status conference is scheduled for September 23, 2026 at 09:45 AM and will be held before the Honorable Chief Judge Katherine A. Constantine at Courtroom 8 West, 8th Floor, 300 S 4th St, Minneapolis, Judge Katherine A. Constantine.

Dated: September 4, 2026

s/ Tricia Pepin
Clerk, United States Bankruptcy Court

By: LMO
Deputy Clerk